731 A.2d 1271

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**J. H., Petitioner.**

Supreme Court of Pennsylvania.

June 21, 1999.

## *ORDER*

PER CURIAM:

AND NOW, this 21st day of June, 1999, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

- Whether the Pennsylvania State Police, when faced with a motion to compel compliance with an order directing the expungement of an individual's criminal record, may challenge the propriety of the original expungement order under the Criminal History Record Information Act, 18 Pa. C.S. §§ 9101–9181?